Case 1:13-cr-20509-KMM   Document 1   Entered on FLSD Docket 07/15/2013   Page 1 of 7



Jul 12, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISCTRICT COURT
SOUTHERN DISCTRICT OF FLORIDA

CASE NO. **13-20509-CR-MOORE/TORRES**

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 641
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA,

v.

DANIEL JEAN CHARLES,

   **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in or around June 2012, the exact date being unknown to the Grand Jury, through on or about February 21, 2013, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL JEAN CHARLES,**

did knowingly and willfully combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury to commit violations of Title 18, United States Code, Section 1029(a)(2), namely, to knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, debit cards numbers and social security numbers, during any one-year period, and by such conduct obtain anything of value aggregating $1,000 or more

during that period, said conduct affecting interstate and foreign commerce.

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On November 1, 2012, **DANIEL JEAN CHARLES** sent a text message to a co-conspirator providing the social security number and date of birth of "J.C."

2. On November 15, 2012, **DANIEL JEAN CHARLES** sent a text message to a co-conspirator of a picture of a fraudulent debit card acquired in the name of "M.S." which had been delivered to one of the addresses **DANIEL JEAN CHARLES** controlled.

3. On November 23, 2012, **DANIEL JEAN CHARLES** sent a text message to a co-conspirator providing the name, social security number, and date of birth of "N.P."

4. On December 1, 2012, **DANIEL JEAN CHARLES** sent a text message to a co-conspirator that fraudulent bank account documents had arrived at one of the addresses **DANIEL JEAN CHARLES** controlled.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNTS 2 – 4

On or about the dates enumerated as to each count listed below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**DANIEL JEAN CHARLES,**

did knowingly receive, conceal, and retain, with intent to convert to his own use and gain, a thing of value of the United States and of a department and agency thereof, the aggregate amount of which exceeded $1,000, that is, United States Department of Treasury tax refund checks,

knowing the checks to have been embezzled, stolen, purloined, and converted, as specified in each count below:

| Count | Approximate Date | Treasury Checks | Payee |
|---|---|---|---|
| 2 | 9/28/2012 | Treasury Check in the amount of $9,447.00 | "M.S." |
| 3 | 10/5/2012 | Treasury Check in the amount of $66,545.00 | "J.C." |
| 4 | 10/26/2012 | Treasury Check in the amount of $52,439.80 | "R.J." |

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNTS 5 – 6

On or about the dates enumerated as to each count listed below, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DANIEL JEAN CHARLES,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2), that is, knowingly and willfully combining, conspiring, confederating and agreeing with other persons known and unknown to the Grand Jury to knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, that is, debit card numbers and social security numbers, during any one-year period, and by such conduct obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below:

| Count | Date | Means of Identification |
|---|---|---|
| 5 | October 1, 2012 | Social Security Account No. XXXX-XX-1440, issued to "M.S." |
| 6 | November 1, 2012 | Social Security Account No. XXXX-XX-9407, issued to "J.C." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DANIEL JEAN CHARLES**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 641, the defendant, **DANIEL JEAN CHARLES**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such a violation pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461.

3. Upon conviction of a violation of Title 18, United States Code, Section 1029, the defendant, **DANIEL JEAN CHARLES**, shall forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violation and any personal property that the defendant used or intended to be used to commit the offense pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461 and Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 1029(c)(2).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
FRANCISCO R. MADERAL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| DANIEL JEAN CHARLES, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB    ___ FTP

New Defendant(s)           Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect   _____

4. This case will take   _4-5_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days     _X_            Petty     ___
   II   6 to 10 days    ___            Minor     ___
   III  11 to 20 days   ___            Misdem.   ___
   IV   21 to 60 days   ___            Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.                _____
   Related Miscellaneous numbers:     _____
   Defendant(s) in federal custody as of   _____
   Defendant(s) in state custody as of     _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
FRANCISCO R. MADERAL
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar. No. 0041481

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** DANIEL JEAN CHARLES

**Case No:** _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Sections 1029(a)(2) & (b)

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #: 2 – 4

Theft of Public Money

Title 18, United States Code, Section 641

**\*Max. Penalty:** 10 Years' Imprisonment

Counts #: 5 – 6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** 2 Years' Imprisonment (Consecutive to Any Other Sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**