**DANIEL JEAN CHARLES**
**Docket No. 113C 1:13CR20509**
**SD/FL PACTS No. 233673**

```
C O N F I D E N T I A L
    PROPERTY OF U.S. COURTS.

This document is not to be disclosed to
any party not officially involved in the
pre and post sentencing aspects of this
case without approval of the Court, Rule
                 32(e)
```

# ADDENDUM TO THE PRESENTENCE REPORT

    This probation officer certifies that the presentence report has been made available for disclosure to the defendant, through his attorney, and to counsel for the government.

## OBJECTIONS

### By the Government

The government has reported no objections pursuant to Administrative Order 95-02.

### By the Defendant

    Neither the defendant nor his attorney has reported objections pursuant to Administrative Order 95-02.

                                                  CERTIFIED BY

Ralph Hughes
U.S. Probation Officer

Reviewed and approved:

Orlando Burgos, Supervising
U.S. Probation Officer

| | |
|---|---|
| ADDENDUM DATE: | January 16, 2014 |
| DATE PSI AVAILABLE FOR DISCLOSURE: | December 5, 2013 |
| DATE AUSA OBTAINED PSI: | December 5, 2013 |
| DATE DEFENSE OBTAINED PSI: | December 5, 2013 |